

|  | U.S. Department of Justice |
|---|---|
|  | *United States Attorney* |
|  | *District of New Jersey* |

| | | |
|---|---|---|
| RACHAEL A. HONIG | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE | 856.757.5026 |
| *Acting United States Attorney* | *401 Market Street, 4th Floor* | *Fax: 856.968.4917* |
|  | *Post Office Box 2098* | *Direct Dial: 856/757-5121* |
| JEFFREY B. BENDER | *Camden NJ  08102* |  |
| *Assistant United States Attorney* | | |

March 18, 2021

**VIA ECF**

The Honorable Noel L. Hillman
United States District Judge
District of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    **_United States v. Mark D'Amico_, Crim. No. 1:20-cr-21 (NLH)**

Dear Judge Hillman:

      The parties jointly submit this letter to inform the Court that they expect trial in this matter to last approximately 4 weeks, which reflects approximately 2 weeks for the government's case-in-chief, approximately 1 week for the defense case, and approximately 1 week in total for jury selection, a possible government rebuttal case, and deliberations.  Defense counsel Mark Davis, Esq., has reviewed this letter and consents to this joint filing.

                            Respectfully Submitted,

                              RACHAEL A. HONIG
                              Acting United States Attorney

                              /s/Jeffrey Bender
                              JEFFREY B. BENDER
                              Assistant U.S. Attorney
                              United States Attorney's Office

cc:      Mark Davis, Esq. (*via email*)