UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## PUBLIC NOTICE REGARDING VACCINATION REQUIREMENT

Pursuant to Standing Order 2021-08, effective September 20, 2021, all visitors to the United States District Court for the District of New Jersey must: (1) be fully vaccinated and provide proof of vaccination and identification, prior to being granted entry; or (2) provide proof of a negative result from a PCR test taken no more than 72 hours before seeking entry to the Courthouse, as well as proof of identification.  Under Standing Order 2021-08 (linked below):

1. "Visitor" includes all attorneys, parties to civil and criminal cases and their representatives, law-enforcement officers, members of the press, observers, and contractors.

2. A person will be considered fully vaccinated only: (i) two weeks after receiving the second dose of a two-dose series (*e.g.*, Pfizer, Moderna); or (ii) two weeks after receiving a single-dose vaccine (*e.g.*, Johnson & Johnson).

3. Acceptable proof of vaccination shall consist of that individual's vaccination card or a recognized application, such as the Docket mobile phone application, and proof of identification.

4. Any individual who does not present proof of full vaccination must provide proof of a negative result from a PCR test taken no more than 72 hours before seeking entry to the Courthouse, and proof of identification.

5. Video conferencing remains appropriate for initial appearances, arraignments, detention hearings, and preliminary hearings upon the defendant's consent.

6. All visitors, regardless of vaccination status, must continue to wear an appropriate mask and observe all posted safety markings and protocols for sanitizing and social distancing.

7. All individuals, including those who are denied entry into Court facilities, may deposit and date-stamp papers in drop boxes located at each Courthouse entrance, Monday through Friday, during the hours posted on the Court's website.

8. Individuals excepted from the proof-of-vaccination and testing requirements of Standing Order 2021-08 are limited to the following: (a) Petit and grand jurors; (b) individuals younger than 12 years of age; and (c) individuals who will be on-site in Court facilities for less than 15 minutes. Excepted individuals must wear a mask and observe all posted safety markings and protocols for sanitizing and social distancing.

[Standing Order 2021-08](#)

WILLIAM T. WALSH,
Clerk of Court